UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| | ) Case No.: 21-CR-00226 (CRC) |
| v. | ) |
| | ) |
| | ) |
| CHRISTOPHER MOYNIHAN, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF ASSIGNMENT

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Sabrina Shroff has assumed responsibility for the defense of Christopher Moynihan in the above-captioned case. Mr. Alazo's case had previously been assigned to Assistant Federal Public Defender Tony Miles.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SABRINA SHROFF
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500