UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| | )  Case No.: 21-CR-00226 (CRC) |
| v. | ) |
| | ) |
| | ) |
| CHRISTOPHER MOYNIHAN, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, Sabrina Schroff has assumed responsibility for the defense of Christopher Moynihan in the above-captioned case. Mr. Moynihan's case had previously been assigned to Assistant Federal Public Defender, Tony Miles. Please send all notices and inquiries to the attorney at the address listed below and remove Tony Miles as counsel for the defendant.

    Respectfully submitted,
    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    /s/

    SABRINA SHROFF
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500