UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-cr-226 (CRC) |
| CHRISTOPHER MOYNIHAN, | ) |
| Defendant. | ) |

**NOTICE OF FILING**

The Defense hereby files notice of the defendant's agreement to be bound by the Protective Order in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SABRINA SHROFF
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
sabrina_shroff@fd.org