## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Action No. 1:21-CR-226-CRC** |
| **CHRISTOPHER PATRICK MOYNIHAN,** | |
| **Defendant.** | |

## <u>DEFENDANT'S NOTICE OF NO REPLY</u>

Christopher Moynihan has moved to dismiss Count One of the Indictment, which alleges a violation of 18 U.S.C. § 1512(c)(2), on multiple grounds. *See* ECF No. 37. Mr. Moynihan acknowledges that this Court has considered and rejected those arguments in *United States v. Robertson*, 21-CR-34-CRC, 2022 WL 969546 (D.D.C. Feb. 25, 2022) and 2022 WL 2438546, *3 (D.D.C. July 5, 2022). Without waiving any arguments set forth in ECF No. 37, Mr. Moynihan will not submit additional briefing or authority on the issues.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500