September 5, 2022
Jerome Moynihan
███ ████
███ ██ ███-█

(914)489-3456

(845)266-3913

The Honorable Christopher R Cooper
United States District Judge
625 Indiana Avenue NW
Suite 550 Washington DC 20004

RE: Character Reference (Christopher Moynihan)

Judge Cooper,
Review of Christopher's past may lead to a distorted impression of him. My son has a
regrettable and lengthy history of drug addiction which began with marijuana at
the age of 14 and progressed to all manner of illicit drugs culminating with a heroin addiction,
alcoholism, jail for non-violent misdemeanors, shelters and numerous
substance abuse programs. At a young age, Chris suffered academically in school. He failed the
5th grade and never seemed to get over it, but the real failure was mine
I was severely derelict as his father, the most important role model a boy has. I spent my time
working 16 hour days almost every day in an effort to provide my wife
with the material things she lacked having grown up in severe poverty. While I thought I was
showing him a strong work ethic, all he felt was abandoned by me, and he
sought to numb that pain.

The person who had the most influence and whom he felt most loved by was my father. My
father served in the Marine Corp and it was a dream held by both of them that
he be in attendance at Paris Island to witness Christopher's graduation. Sadly, that never
happened. When Chris tried to enlist, he was told that a GED was
insufficient and he would need some college credit hours (it is my understanding that has since
changed). He tried but was unable to get through Dutchess Community
College.

A few years ago, Chris attended an AA meeting. It was there that he finally found the program
that worked for him. He regularly attended the meetings, progressed

through the steps and sought the counsel of his sponsor when needed. As time passed, Chris became more active within AA helping others who were as broken as he once was. One of the steps involved his making whole those whom he wronged. He sincerely apologized to each family member for all that he had put us through. That was the beginning of forming and nurturing a relationship between us. Chris strictly followed the steps and led a clean life. He lacked job training but he is a hard worker and was able to find work as an assistant to plumbers, carpenters and at restaurants.

Christopher overcame his addiction(s) to cigarettes, alcohol and illicit drugs including heroin, and completed a methadone program early. All within the same year!

Seeing the positive changes he made and that he disciplined himself to remain clean, we allowed him to return home to reside with us. He was content to stay home and out of trouble during his off hours.  With the drugs out of his system, Chris displayed clear cogent reasoning. He availed himself of the tools he needed for self improvement through our home library immersing himself in studying history and theology. After just two years of dedicated study he could articulate knowledge of history matched by few. It was a remarkable transformation from someone who was previously borderline literate. He also began exercising at our home gym which relieved stress and provided positive reinforcement. After viewing a powerlifting meet in Natick, he hoped that in five or six  years he would be strong enough to enter a meet. His goals were realistic.

Christopher recognized that there were many instances in which he could easily have died from overdoses, and by any reasonable standard is fortunate to be alive.
He also understood that to remain clean he had to fill a spiritual void. Chris began going to church with us on Sunday, initially to simply say thank you. Later, he felt he was called to a vocation and discussed this with Fr. Rodriguez who put him through a battery of study as  preparation for the seminary. After approx six months, Fr. Rodriguez said that he would recommend Chris to the bishop for acceptance at the seminary. However, Christopher had second thoughts and desired a family over a vocation.

Christopher was doing so well prior to January 6th. He was a hard working, devoted employee at IBM where he was liked by his colleagues and supervisors.
He left IBM to pursue a military career. He was too old to enlist in the Marines, but the Army was still an option. His arrest put that on hold. Christopher never liked being idle. He saw employment as a pathway to a clean, productive life, and found employment at a hardware store which he quickly lost once they heard of his actions at the Capitol. The loss of those jobs combined with his legal situation left him deeply despondent. He returned to smoking, then drinking and lastly a heroin overdose. As I'm sure you know, he spent time on psychiatric wards at Mid Hudson Regional Hospital and Westchester County Medical Center subsequent to those overdoses.

Chris went to the Capitol on January 6th with good intentions. He realizes now that once there, he made the wrong choices and that those decisions have consequences which will impact him for the rest of his life. He lost two jobs, a friendship and after his guilty plea, the right to vote. It was a life altering event which he deeply regrets.

Chris has again come to terms with his sobriety and is better coping with his legal situation. He has remained clean since being released from WMC and is back to reading and exercising. He devotes his time to our family cooking most of our meals as well as helping my wife and I care for my mother who turns 93 on Sept.30th.
He is optimistic toward a career as a cook once his legal situation is behind him. I have no doubt that Christopher will take the positive steps necessary to manage his sobriety, his life and will live his life out as a productive law abiding member of society.

Respectfully,

Jerome Moynihan

To: The Honorable Christopher R Cooper
From: Elena Moynihan
 Sub: Christopher Moynihan
Date: September 6, 2022

Judge Cooper,

I am writing to you to ask for leniency when you sentence my son. He is not a
violent person, he never has been.
Chris has made many mistakes in his life, but they were behind him until Jan.6th. He
was doing so well until all
of this happened.

Chris cares about people and has always been charitable to others. He was deeply
moved by the poverty he witnessed
in The Philippines. He also never forgot the time he spent homeless and has bought
meals for people he saw hungry.
Christopher's compassion sometimes exceeded his means when he felt it necessary to
over tip people despite
his salary being little more than minimum wage. Please take this into account and be
merciful to my son.

Sincerely,