The Honorable Christopher R. Cooper
United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW
Suite 550
Washington, DC 20004

Rose Marie Dell'Orso


Dear Judge Cooper,

SUBJECT:  Mr. Chris Moynihan

My name is Rose Marie but I go by Rose.  My son, Mark, and I met Chris Moynihan, which I will refer to as Chris thru out this letter, when we moved to Salt Point, NY in June 2002.  My son and I moved in to a house with my boyfriend, Mark Sr. and his son, Mark Jr. (no I can't make that up 3 Mark's and 1 Rose in the same house. We moved into the same neighborhood about 1000 ft. away from Chris's grandparent house.  Chris lived with his parents, sister and grandparents.  His grandfather was a gentlemen and taught the boys responsibility and good work value's. They spent a lot of time with him.  He's parents also worked outside the house.  My son was 14 when they met and is now 33 years old and just became a manager at Winco, a supermarket chain here in Gilbert, AZ.  The boys became fast friends.  Chris was at our house all the time, we had a large backyard and there were other boys on the block.  Chris was always respectful. He had manners and was appreciative, never rude.  A nice boy, I was glad my son had made a good friend, because I took him away from his friends in Beacon, NY to live in Salt Point, so I was happy that he had a reliable friend in Chris.  They stayed in the neighborhood, did the video games, even hung out with the adults playing cards, as they got older, waffle ball in the yard, they where descent teenagers. He comes from a good background with values that matched my European background, myself being a 1st generation Italian.

I always worked full-time outside the home.  The boys went to Millbrook School District.  It wasn't a very big school, until they built the new High school there was only the one elementary school and the Middle/High school.  I never got a call from the school, I never had to worry where they were cause I knew they were where they said they would be. I never got a call from the police  and when he was in our home, he was like another son. I like Chris, he's a good kid, trustworthy and reliable.  He does what he says he's going to do.  He believes in the right things. His heart is good and I believe that his adult life wasn't always easy.  We only stayed in Salt Point, NY for 10 years when the relationship ended.  So my son and I moved to Wappingers Falls, NY, but my son kept in touch with Chris.  And eventually my son moved back to that area when he was 24 which allowed the two men to continue the friendship.  I didn't see much of Chris after that point, but Mark did.  If he went to the Capital on Jan. 6th it was for a good cause that he believed in, NOT to harm anyone or break any laws.  I truly believe that Chris is a good man with a good soul.