**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-226-CRC** |
| **CHRISTOPHER PATRICK MOYNIHAN** | |
| **Defendant.** | |

## NOTICE OF FILING OF SENTENCING EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of exhibits referenced in the government's sentencing memorandum (ECF No. 52). Exhibits 1 through 14 are video exhibits incompatible with CM/ECF filing and were made available to the Court electronically. The government has no objection to the public release of these exhibits.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Robert Juman*

ROBERT JUMAN
Assistant United States Attorney
Bar No. NJ 033201993
United States Attorney's Office, Detailee
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (786) 514-9990
E-mail: Robert.juman@usdoj.gov