UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Case No.: 21-cr-00226 (CRC) |
| **CHRISTOPHER PATRICK MOYNIHAN,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**  Christopher Patrick Moynihan
USP Marion
4500 Prison Road
Marion, Il  62959

**Name and address of appellant's attorney:**  Edward Smock
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: Count 1: 18:1512(C)(2) And 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction Of An Official Proceeding And Aiding And Abetting; Count 2: 18:1752(A)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering And Remaining In A Restricted Building Or Grounds; Count 3: 18:1752(A)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly And Disruptive Conduct In A Restricted Building Or Grounds; Count 4: 40:5104(E)(2)(A); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering And Remaining On The Floor Of Congress; Count 5: 40:5104(E)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct In A Capitol Building; Count 6: 40:5104(E)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, Or Picketing In A Capitol Building.

**Concise statement of judgment or order, giving date, and any sentence:**  Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180.

**Name of institution where now confined, if not on bail:**  USP Marion
4500 Prison Road
Marion, IL, 62959

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

<u>February 17, 2023</u>                                                          <u>Christopher Patrick Moynihan</u>
DATE                                                                                          APPELLANT


CJA, NO FEE <u>      FPD            </u>                           <u> Edward  Smock           </u>
PAID USDC FEE <u>   NO           </u>                           ATTORNEY FOR APPELLANT
PAID USCA FEE <u>   NO           </u>


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes