## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21-226 |
| | ) |
| CHRISTOPHER PATRICK MOYNIHAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF WITHDRAWAL

Undersigned counsel, Assistant Federal Public Defender Sandra Roland requests withdrawal as counsel of record from the above captioned matter. The defendant, Christopher Patrick Moynihan, is instead being represented by another Assistant Federal Public Defender, Rosanna M. Taormina.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

SANDRA ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
sandra_roland@fd.org