# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **CHRISTOPHER PATRICK MOYNIHAN**, <br><br> Defendant. | Case No. 21-cr-226 (CRC) |

## <u>ORDER</u>

The Court's [ECF No. 71] Order is hereby amended to include the following:

It is hereby

**ORDERED** that Defendant's conditions of release, pursuant to 18 U.S.C. §§ 3142(b)–(c), 1343, be the same as those set forth in the [ECF No. 55] Court's Judgment.

**SO ORDERED**.


Date: <u>August 1, 2024</u>

_____
CHRISTOPHER R. COOPER
United States District Judge